FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 USC § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CASE NO.

I. Parties

CV 07-6268-ST

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Korey Joe Conway
ADC # _____
Address: 1115 Jackson St SE Albany OR 97322

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. (1) Name of defendant: Nurse, Marlyn
Position: R.N.
Place of employment: Linn Co. Jail
Address: 1115 Jackson St SE Albany OR 97322

(2) Name of defendant: Nurse, Echsteen
Position: R.N.
Place of employment: Linn Co. Jail
Address: 1115 Jackson St SE Albany OR 97322

(3) Name of defendant: Nurse Robbin
Position: R.N.
Place of employment: Linn Co. Jail
Address: 1115 Jackson St SE Albany OR 97322

II    Are you suing the defendants in:

    ☐ official capacity only  
    ☐ personal capacity only  
    ☒ both official and personal capacity

III.    Previous lawsuits

A    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes  /  (No)

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

    Plaintiffs: _____

    Defendants: _____

G.    Court (if federal court, name the district; if state court, name the county): _____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV    Place of present confinement: Linn Co. Jail, 1115 Jackson St SE Albany OR 97322

V.    At the time of the alleged incident(s), were you: (check appropriate blank)

    ✓ in jail and still awaiting trial on pending criminal charges  
    ___ serving a sentence as a result of a judgment of conviction  
    ___ in jail for other reasons (e.g., alleged probation violation, etc.)  
    explain: _____

VI.    There is a prisoner grievance procedure in the Linn County Jail. Failure to complete the grievance procedure may affect your case in federal court.

    A.    Did you present the facts relating to your complaint in the ~~state~~ Linn Co. prisoner grievance procedure?

        (Yes)  /  No

## ADDitional Defendents

④ name of Defendent __Dr. tilly__

position __Dr.__

place of employment __Linn Co. Jail__

ADDress __1115 Jackson St SE Albany or 97322__

⑤ name of Defendent __CPT. Bagget__

position __CPT__

place of employment __Linn Co. Jail__

ADDress __1115 Jackson St SE Albany or 97322__

name of Defendent __tim mueller__

position __Sheriff__

place of employment __Linn Co. Jail__

ADDress __1115 Jackson St SE Albany or 97322__

B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: _____
_____

VII    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Fact of this claim is; Linn Co. Jail Nursing staff, Dr. Tilly, CPT Bagget and Sheriff Tim Mueller are Denieng me my mental health medications that work for my mental Imbalence, that was Perscribed to me by a team of specialst at as.P/s.m.u. The Dr. Tilly did Perscribe some type of meds for me, but they did not have any afect on my symtoms after 6 weeks. I asked and asked for the meds I know work, but they will not give them to me. I have acted on impuls causing injury to myself, my emotions are trublesome

VIII.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to award, plaintiff $15,000 plus $500.00 per day, per defendent for each day my medication was denied, also please impose a policy that if a inmate comes in to Linn Co. Jail with Perscribed medicen please Do not change ther medication, specialy mental health medication.

I declare under penalty of perjury (18 USC § 1621) that the foregoing is true and correct.

Executed on this 23 day of August, 2007.

_Korey Conway_

Signature(s) of plaintiff(s)

2

# Inmate Grievance Form

Date/Time received by Deputy: 7/15/07 @ 2230
Receiving Deputy: Sgt Slinger

An inmate may file a grievance if the inmate believes that he/she has been subject to abuse, harassment, abridgement of civil rights or denied privileges specified in the "Inmate Handbook". A formal written grievance will only be accepted if an attempt was made to resolve the situation at the lowest level. Persons cannot be grieved, only incidents.

Date of Incident: _____   Time of Incident: _____   Location: L.C.J.

Names of Staff Involved: Nursing Staff / Dr Tilley

Witnesses, if applicable: _____

Clearly Stated Facts of Incident: I am Being Denied The mental health medications that was perscribed By my specialist at OSP/SMU. I am comfortable with these meds they kept me level and ok with things. The meds this Doctor perscribed had adverse affects infact I have Banged my head and split it open 3 times. I explained that I think I need my meds that was perscribed By my specialist, But am still Being Denied those meds and a proper mental health evaluation. We all know I have issues and that this Doctor will not give me my meds. Not having my meds is I Believe directly ~~[struck]~~ Related to all my mental, physical out Burst I am having a hard time controling my thought/actions

Inmates Printed Name: Kasey Conway   Inmates Signature: /s/ Conway
Receiving Supervisors Name: Sgt Slinger   Assigned #: 07-008
Forwarded To: Sgt Baggot   Date: 7/16/07

G147

To: Inmate Korey Conway
Date: July 16,2007
Re: Inmate Grievances #07-0028/29
Fr: Captain Baggett

Mr Conway,

I have reviewed your comments and find no merit to them. You are receiving medical care and medications that you refuse to take. You have also talked with Dr Nelson regarding you mental health concerns.

I would suggest that you cooperate with our course of treatment for issues you tell us you have.

## PROGRESS/CLINICAL NOTES

| DATE/TIME | PROBLEM NUMBER | S O A P | FORMAT: PROBLEM NUMBER & TITLE: S=Subjective  O=Objective  A=Assessment  P=Plans<br>ALL ENTRIES MUST BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 4/30/07 | | | MD NOTE<br>ASKED TO SEE PT. BY DR NELSON. PT. UNWILLING TO SPEAK WITH ME THROUGH FOOD PORT IN DOOR. INSUFF. STAFF TO ACCOMPANY I/M TO MEDICAL AT THIS TIME — WILL SCHEDULE & WORK WITH STAFF TO ENSURE APPROPRIATE ESCORT & WILL SEE @ NEXT CLINIC<br>[signature] |
| 5/7/07 | | | MD NOTE<br>PT. WITH GOOD EVAL BY DR NELSON — PT. WITH PARANOID SCHIZOPHRENIA & EXTENSIVE DRUG HX. CONCERNED ALSO ABOUT ⓛ SIDED BACK PAIN RAD. TO ⓛ POST THIGH.<br>EX: ALERT OT —<br>CONSTANT MOTION. LOOSE ASSOCIATIONS. OBVIOUSLY PARANOID, DELUSIONAL AT TIMES —<br>ASSESS: PARANOID SCHIZOPHRENIA<br>MOVEMENT DO — ? EPS<br>R: TRILAFON 4 BID<br>COGENTIN 1 BID<br>NEURONTIN 300 TID |

**PROGRESS/CLINICAL NOTES** NEURONTIN QHS

[signature]

PAGE NO. _____  SO# 100594  NAME Conway, Korey

## PROGRESS/CLINICAL NOTES

| DATE/TIME | PROBLEM NUMBER | S O A P | FORMAT: PROBLEM NUMBER & TITLE: S=Subjective O=Objective A=Assessment P=Plans<br>ALL ENTRIES MUST BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 6/18/07 | 1545 | S | Seen by Dr Bryan - dentist |
|  |  | O | See consult on file |
|  |  | P | Ibu x 2 days. — R Eubanks |
| 6/23/07 | 1640 | S | Im was moved to G Block this AM. 2° inability to follow the rules of West Housing, resulting in several verbal warnings in the computer - To G Block to examine self inflicted wound to head 2° banging head on the wall. |
|  |  | O | 3 vertical superficial cuts to center of forehead & hairline. Contusion evident. stated "it was just getting to be too much" |
|  |  | P | Cleansed - TAO applied - Advised nurse he washed it off with "toilet water" - Will monitor for s/s infection — J Eckstein RN |
| 6/23/07 | 2115 |  | Im cont to be irritable. - Took meds via pass through, then flushed some ? all of RX down the toilet. Crip to care one names ie "Fucking cow" & "Fucking bitch" — J Eckstein RN |
| 6-26-07 | 0730 |  | Seen by Don Nelson LCMSW on 6/25/17 for sxy sounds. See note under consults. M Iczmanski RN |
| 6-27-07 | 1130 | S | Dr Tilley here. Reviewed records |
|  |  | P | No new orders. Continue to apper Rx's. M Iczmanski RN |

(margin notes, left side: "on 6-23 yet to kyte - my notes monthly unstable →")

(bottom margin: "Still taking them")

## PROGRESS/CLINICAL NOTES

PAGE NO. _____   SO# 100594   NAME Conway, Korey

**Date/Time Received:** 7-25-07 355 535
To: Cpt. Bagget / Sherriff Tim Mueller

**LINN COUNTY INMATE REQUEST FORM**

**Date:** 7-25-07

**REQUEST:** Why have I not recieved a responce to my appeals regaurding grievances # 07-0028 and 29? I gave these appeals to Deputy Finn, Sgt Eskly on 7-17-07 — Your rules in reguards to this prosedure states that I will get a responce in 48 hours for an apeal — I believe

**Print Name:** _____ **Block & Cell No.:** _____ **Signed:** _____

**REPLY:** In your personly copasity you are trying malisiously to prevent me from exausting my remedys to prevent further progress in my claim. "note" the apeal aplication is not corbin copy so I have no proof and I can't get you to reply to my kytes, as this is the second one.

**Date/Time Returned:** 7-31-07 **Signed:** _____

---

**Date/Time Received:** _____
**Receiving Officer:** _____

To: Jail Commander Cpt Bagget — Please respond ASAP

**LINN COUNTY INMATE REQUEST FORM**

**Date:** 7-24-0

**REQUEST:** What has happend to my grievance appeal? It has been 7 days. In the hand book it says it will be answerd in 48 hours. I have followed the hand book procedurs and eyausted my remmedys to no availe. I can not get a responce of my appeale and it is not a carbin cobie aplication, where is my proof

**Print Name:** Korey Conway **Block & Cell No.:** 9 / 167 **Signed:** Korey Conway

**REPLY:** I HOPE THIS IS WHAT YOU NEED.
LOOKS LIKE YOU MAY HAVE ALREADY RECIEVED THIS

**Date/Time Returned:** 7-31-07 **Signed:** _____

Date/Time Received:
Receiving Officer:

**LINN COUNTY INMATE REQUEST FORM**

Date: 7-31-07

REQUEST: I need to know what are the #'s given to my grievance apeal Forms. Filed on 7-17-07 —
Can I get some hair ties? 2 Please!!

Print Name: Korey Conway   Block & Cell No. 9 / 147   Signed: Kory Conway

REPLY: Here are all the #'s of the grievances you have written 07-0027, 07-0028, 07-0029, 07-0030 + 07-0031. As for the hair tie, you buy those off commissary.

Date/Time Returned: 8-1-07   Signed: Shepard

---

Date/Time Received: 1203/8-1 west/Shepard
Receiving Officer: 535

**LINN COUNTY INMATE REQUEST FORM**

Date: 8-1-07

REQUEST: Could you please look in my hard file and find 1) grievances 07-0030/31 there should not be grievance's 30/31 only 28/29 if they are not there please erase those # 30/31 or find out what happend to the appeals to 28/29 Thank you

Print Name: Korey Conway   Block & Cell No. 9 / 147   Signed: Kory Conway

REPLY:

Date/Time Returned: ___ / Signed: ___

**LINN COUNTY INMATE REQUEST FORM**

Date/Time Received: 12-3/01 WEST CPT DESK
Receiving Officer: 535
Date: 8-1-07

REQUEST: Why have I not yet Recieved a Response to my grievance Appeal filed on 7-17-07, Recieved By DPT Finn, filed By SGT Eskly? this is my forth attempt to try and get a straight answer about my APPeal

Print Name: Korey Conway   Block & Cell No. 9, 147   Signed: Korey Conway

REPLY: YOU HAVE RECIEVED A RESPONSE, I MADE COPIES FOR YOU ON 7-31-07. YOUR NEXT APPEAL WOULD BE TO THE SHERIFF.

Date/Time Returned: 8-1-07   Signed: [signature]

---

**LINN COUNTY INMATE REQUEST FORM**

Date/Time Received: Sheriff Tim Mueller
Receiving Officer: [illegible]
Date: 8-13-07

REQUEST: Tim would you please Reply to my level 3 appeal to you regarding grievances 07-0028 and 07-0029. Thank you

Print Name: Korey Conway   Block & Cell No. 9, 147   Signed: Korey Conway

REPLY:

Date/Time Returned: 8-13-07   Signed: [signature]

## LINN COUNTY INMATE REQUEST FORM

Date/Time Received:
Receiving Officer: JV
Date: 8-22-07

**REQUEST:** Can some one Please give me the date and times that my grievances and grievance appeals was picked up by who and who brought me the lost grievance appeal and when

Print Name: [illegible] Block & Cell No: 9/1G7 Signed: Korey Conway

**REPLY:** [blank/illegible]

Date/Time Returned: _____ Signed: _____

---

Date/Time Received: 8/1/07 12:00 Direct Appeal
Receiving Officer: [illegible]

## LINN COUNTY INMATE REQUEST FORM

Date: 8-1-07

**REQUEST:** On 7-15-07 I filed 2 grievances. Cpt. Bogget answered these grievances labeling them #07-0028/29 on 7-16-07. On 7-17-07 I filed grievance appeal which was picked up by Dpt. Finn and filed by Sgt. Pixley. The Inmate Booklet says these appeals will be answered within 48 hours. I have wrote numerous kites trying to get a response in regards to why I have not gotten halfback to my appeal. Sir I can not move forward in my claim until I can show I have exhausted the grievance/grievance appeal schedule. Your grievance appeal aplication is not carbon copies so I have no proof that I attempted to exhaust this process. [crossed out]

Print Name: Korey Conway  Block & Cell No: 9/1G7  Signed: Korey Conway

**REPLY:** Either your staff are confused about how to continue this process or they are in their personal capasity directly and maliciously blocking my attempt to continue my claim. This is my direct appeal to you in regards to grievance 07-0028 and 07-0029 as they have not yet been resolved. Reason I am still on grievance # 07-0029 not recieving medical treatment for my liver disiese, and in regards to grievance # 07-0028 I am still not getting my medication. The medication this doctor perscribed has no effect on my simptoms. Both of these grievances and appeal are emergancys due to posable harm. — This direct appeal was recieved by and sealed in enveluppe by Dpt. [signature]

Date/Time Returned: 8/1/07 Signed: _____

copie pink inmate

## LINN COUNTY INMATE REQUEST FORM

Date/Time Received: 8/23/07 1030
Receiving Officer: 515
Date: 8-23-07

Sgt Bishop
Dated - 8/22/07

REQUEST: For your information Mr. Daniels The Grievance APPeaL is not carbon copie and I Do not have a copie, although I have filed the appeals. Can you please tell me what Date

Print Name: Korey Conway   Block & Cell No. 9, 147   Signed: Korey Conway

REPLY: time and what #'s wher Placed on the last Grievance APPeaL?

This is the only Grievance from in your file

Date/Time Returned: 8/23/07 1230 HRS   Signed: Sgt Daniels

---

## LINN COUNTY INMATE REQUEST FORM

Sgt Bishop
Date/Time Received:
Receiving Officer:
Date: 8-22-07

REQUEST: CouLD you please Jive me Days, Dates and # of my grievance and grievance appeals including this last appeal to the sheriff. it would Be very helpful, thank you

Print Name: Korey Conway   Block & Cell No. 9, 147   Signed: Korey Conway

REPLY: Mr. Conway you should have all the Documents from your Grievance Forms. When a Grievance is filed the Inmate is given a copy of that Grievance with Date and time. It is not the Deputies or the sheriff's office Responsibilities to keep track of your paper work that you already been given

Date/Time Returned: 8/23/07 0900 Hrs   Signed: Sgt Daniels

3

# Inmate Grievance Form

Date/Time received by Deputy: 7/15/07 @ 2230
Receiving Deputy: Sgt Slinger

An inmate may file a grievance if the inmate believes that he/she has been subject to abuse, harassment, abridgement of civil rights or denied privileges specified in the "Inmate Handbook". A formal written grievance will only be accepted if an attempt was made to resolve the situation at the lowest level. Persons cannot be grieved, only incidents.

Date of Incident: _____ Time of Incident: _____ Location: LCJ

Names of Staff Involved: unknown, all who handle mail and HRO

Witnesses, if applicable: _____

Clearly Stated Facts of Incident: I am continually being kept on level I HRO status. This level says & I can't have visits, to be kept on this level keeps me from contact with loved ones and witnesses in my behalf to help me defend my case. I beleave staff in ther personal capasity are perposly keeping me on this level. also the mail violation report is another tool staff are using to keep me from loved ones and my witnesses. I beleave staff are using these dissaplingry actions against me in ther personal capasity as a tool to keep me away from the people I need to stey in contact with and my loved one's... I'm being denied visits and mail, but under the ruse of HRO statius and mail rule violation. I never see the right ups only what staff ano I never get to see the mail to be sure it was a mail violation

Inmates Printed Name: Korey Conway   Inmates Signature: Korey Conway
Receiving Supervisors Name: Sgt Slinger   Assigned #: 070027
Forwarded To: Cpt Daggett Sgt SS   Date: 7/16/07

note: I recieved this with Kyte 4-23-07 from Danials. Ri: first Kyte to bishop on answered by Danials

To: Inmate Korey Conway
Date: July 16, 2007
Re: Inmate Grievances #07-0030/31
Fr: Captain Larsen

Below you will find the response given by Captain Baggett to your other grievance's that deal with the same issues. I have also checked on your grievance and find that they have no merit.

Captain Larsen

Mr Conway,

I have reviewed your comments and find no merit to them. You are receiving medical care and medications that you refuse to take. You have also talked with Dr Nelson regarding you mental health concerns.

I would suggest that you cooperate with our course of treatment for issues you tell us you have.

*I Recieved this on 7-31-07 in Response to kytels to cpt Baggef / sherriff meuller kytels 7-24-07/25*

**LINN COUNTY INMATE REQUEST FORM**

Date/Time Received:
Receiving Officer:
Date: 7-14-07

REQUEST: Why am I still not Recieving the medication that was Prescribed to me by my mental health specialist at O.S.P.? I did take the meds. that were perscribed for me here. But after 6 weeks they had no effet on my simptom's (mental health smtons) in fact I belau it had adverse effects

Print Name: Kiley Conway    Block & Cell No. 9, 147    Signed: [signature]

REPLY: Because the health specialist here put you on different meds. You took them 3 days not 6 weeks before you started refusing them. They were ordered on 5/24/07 – You started refusing them on 5/27 – that is only 3 days – No appreciable effect would have been noticed by them.

Date/Time Returned: 7/20/07    Signed: [signature]

[margin note:] My notes I got them in 4-07 took them until 5-17-07 got them back 5-24-07 took until 6-2@-07

Dr. Nelson / ? L.C.

**LINN COUNTY INMATE REQUEST FORM**

Date/Time Received:
Receiving Officer:
Date: 6 / 13 / ?

REQUEST: Would like to talk to you ASAP regarding my mental issues that have clearly NOT been solved. In fact I think it is getting worse — no I know it's getting worse.

Print Name: Rolf J Conway   Block & Cell No. D, 222   Signed: [signature]

REPLY: Will show this to Dr. Nelson

MR. CONWAY: I AM CONFUSED HOW TO HELP YOU. WHEN YOU WERE FREE I WENT PERSONALLY TO M.H. WITH YOU — HELPED SET UP A TMT. PLAN WHICH WOULD HAVE ADDRESSED ALL YOU M.H NEEDS. YOU DID NOT COMPLY AND APPARENTLY NOT SERIOUS ABOUT GETTING HELP — IN LESS THAN 8 HOURS LATER YOU WERE BACK TO BREAKING THE LAW + BACK IN JAIL. I CAN'T HELP YOU IF YOU WON'T.

Date/Time Returned: 6/16/07   Signed: Lieutenant



Dr. Tilley

**LINN COUNTY INMATE REQUEST FORM**

Time Received:
To Officer:
Date: 6-20-07

REQUEST: Would like to talk to you about ajusting my medication or switching my medication. I still am having issues mentaly. Possibly even worse I think.

Print Name: Katy Conway   Block & Cell No: D-227   Signed: Katy Conway

REPLY:
will show this to Dr Tilley

Date/Time Returned: 6-21   By: Maureen La

Date/Time Received: 
Receiving Officer: 

# LINN COUNTY INMATE REQUEST FORM

Date: 

**REQUEST:**




Print Name: Conway, Korey    Block & Cell No. G-147    Signed: 

**REPLY:** Dr Tilley reviewed your records and requests. He is not going to make any changes in your medications at this time

Date/Time Returned: 6-27-07    Signed: Marilyn RN

"all" Nurses, Dr, Comanager, Sheriff

**LINN COUNTY INMATE REQUEST FORM**

Date/Time Received:
Receiving Officer:
Date:

REQUEST: Why have I not Been PerscriBed my mental health medication that was PerscriBed to me By my mental health specialist at OSP, SMU my medication kept me Level and ok with things. The meds The Doctor here gave me DiD not helP inFact we all know

Print Name:    Block & Cell No. ____/____    Signed: ____

REPLY: Something is wrong, I Banged my head until it split open 3 times, why are you not PerscriBing my meds that my Dr who I trust PerscriBed to me at OSP/SMU?

Reply Please — Dr. Tilley is new you yester... he p[romised] mental health meds when you refused to t[ake]

Date/Time Returned: 7/13/07    Signed: ____

my meds B took me meds for over 6 week only one mental health med did not work w/ symtoms